THE STATE OF OHIO, APPELLEE, *v*. BRUCE, APPELLANT.

[Cite as *State v. Bruce,* 123 Ohio St.3d 464, 2009-Ohio-6090.]

*Discretionary appeal accepted and court of appeals' judgment affirmed on the authority of State v. Hunter.*

(No. 2009-0844 — Submitted August 11, 2009 — Decided November 24, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 90897, 2009-Ohio-1067.

_____

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State v. Hunter*, 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Paul A. Kuzmins, Assistant Public Defender, for appellant.

_____